In the Matter of Proving the Last Will and Testament of CALEB DEMELT, Deceased.

(Argued June 16, 1891; decided October 6, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made April 29, 1890, which affirmed a decree of the surrogate of Schuyler county, admitting to probate the will of Caleb Demelt, deceased.

*Gabriel L. Smith* for appellant.

*William A. Finch* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

ROBERT GEDNEY, Appellant, *v.* JULIA A. PRALL, Respondent.

(Submitted June 17, 1891; decided October 6, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judical department, entered upon an order made June 28, 1889, which affirmed a judgment in favor of defendants entered upon a decision of the court on trial without a jury.

*George W. Weiant* for appellant.

*A. & A. X. Fallon* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.